# Notice Recipients

District/Off: 0971–4    User: admin    Date Created: 03/28/2024
Case: 23–41160    Form ID: NPD    Total: 25

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | Office of the U.S. Trustee/Oak | USTPRegion17.OA.ECF@usdoj.gov |
| tr | Janina M. Hoskins | jmelder7@aol.com |
| aty | Christopher J. Langley | chris@slclawoffice.com |
| aty | Wendy A. Locke | ecfcanb@aldridgepite.com |

 TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Alexander Mataifale Toeaina | 4623 Shetland Way    Antioch, CA 94531 |
| jdb | Fiaau Lagi Toeaina | 4623 Shetland Way    Antioch, CA 94531 |
| cr | Select Portfolio Servicing, Inc. | c/o ALDRIDGE PITE, LLP    8880 Rio San Diego Drive, Suite 725    San Diego, CA 92108 |
| smg | Labor Commissioner | 1515 Clay St.    Room 801    Oakland, CA 94612 |
| smg | State Board of Equalization | Collection Dept.    P.O. Box 942879    Sacramento, CA 94279 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E    P.O. Box 826880    Sacramento, CA 94280–0001 |
| smg | CA Franchise Tax Board | Special Procedures Bankruptcy Unit    P.O. Box 2952    Sacramento, CA 95812–2952 |
| 15540079 | Capital One | Attn: Bankruptcy    Po Box 30285    Salt Lake City, UT 84130 |
| 15568448 | Client Services, Inc. | PO Box 1503    Saint Peters, MO 63376 |
| 15540080 | Credit One Bank | Attn: Bankruptcy Department    6801 Cimarron Rd    Las Vegas, NV 89113 |
| 15540081 | Ginnys/Swiss Colony Inc | Attn: Credit Department    Po Box 2825    Monroe, WI 53566 |
| 15540082 | Meriwest Credit Union | 5615 Chesbro Ave    San Jose, CA 95123 |
| 15540083 | Monroe & Main | Attn: Bankruptcy    1112 7th Avenue    Monroe, WI 53566 |
| 15568449 | Nelson and Kennard | PO Box 13807    Sacramento, CA 95853 |
| 15540084 | Oportun | Attn: Bankruptcy    2 Circle Star Way    San Carlos, CA 94070 |
| 15568450 | PG&E | PO Box 997300    Sacramento, CA 95899–7300 |
| 15540085 | Portfolio Recovery Associates, LLC | Attn: Bankruptcy    120 Corporate Boulevard    Norfolk, VA 23502 |
| 15568451 | San Francisco Dept. of Human Scvs | Collections Unit    PO Box 7988    San Francisco, CA 94120 |
| 15540086 | Select Portfolio Servicing, INc. | PO Box 65250    Salt Lake City, UT 84165 |
| 15540087 | Synchrony Bank/Care Credit | Attn: Bankruptcy    Po Box 965060    Orlando, FL 32896 |
| 15540088 | WebBank/OneMain | Attn: Bankruptcy    215 South State Street, Suite 1000    Salt Lake City, UT 84111 |

 TOTAL: 21