JANINA M. HOSKINS
P.O. Box 158
Middletown, CA 95461
Telephone: (707) 483-2910
Jmelder7@aol.com

CHAPTER 7 TRUSTEE

UNITED STATES BANKRUPTCY COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In re ) Case No. 23-41160
)
ALEXANDER MATAIFALE ) Chapter 7
TOEAINA and FIAAU LAGI )
TOEAINA, )
)
      Debtors. )
_____)

**TRUSTEE 'S NOTICE OF INTENT TO ABANDON ESTATE'S
INTEREST IN RESIDENCE LOCATED AT 4623 SHETLAND WAY, ANTIOCH, CA**
**(No Hearing Date Set)**

    COMES NOW, Janina M. Hoskins, the duly authorized Chapter 7 Trustee for the Estate of Alexander Mataifale Toeaina and Fiaau Lagi Toeaina and gives notice, pursuant to 11 U.S.C. §554 and Fed. Bankr. R. Proc. 6007, of her intent to abandon the Estate's interest in the following asset as burdensome to the Estate and is of inconsequential value to the Estate after taking into consideration the value of the Asset, the Debt against the Asset and the Debtors' available homestead exemption:

    Residence located at 4623 Shetland Way, Antioch, CA 94531.

TRUSTEE'S NOTICE OF INTENT TO ABANDON

Respectfully submitted.

Dated: December 5, 2024 	/S/	Janina M. Hoskins
	JANINA M. HOSKINS, TRUSTEE

TRUSTEE'S NOTICE OF INTENT TO ABANDON

Case: 23-41160    Doc# 21    Filed: 12/05/24    Entered: 12/05/24 11:10:00    Page 2 of 2